JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Adelberto Barajas**, <br><br> Plaintiff, <br><br> v. <br><br> **Consolidated Disposal Service, L.L.C.**, <br><br> Defendant. | Case No. SACV 16-00941 AG (RAOx) <br><br> **JUDGMENT** |

The Court enters judgment for Defendant and against Plaintiff.

Dated September 15, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT